In the Matter of MARTIN J. FLAM, Appellant, against JOHN E. HAND, Respondent.

(Argued September 9, 1935; decided September 9, 1935.)

*J. Sidney Bernstein, Samuel D. Macpeak, John F. Fitzpatrick* and *Henry H. Abramowitz* for appellant.

*Joseph Sterling* and *Robert H. Sterling* for respondent.

Orders reversed, without costs, and petitions ordered to be stricken from files of Board of Elections. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.